# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03614-STV

AMANDA ERICSON,

        Plaintiff,

v.

MCWHINNEY REAL ESTATE SERVICES, INC

        Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Amanda Ericson, and Defendant, McWhinney Real Estate Services, Inc., by and through their attorneys, hereby stipulate and agree under Federal Rule Civil Procedure 41(a)(1)(A)(ii) that they have resolved all asserted and unasserted claims in this action and that this lawsuit should be dismissed, with prejudice, each party to pay their own attorney fees and costs.

Respectfully submitted this 6th day of May 2020.

| | |
|---|---|
| */s/Kelli Riley* | */s/ Alice Conway Powers* |
| Kelli Riley | Alice Conway Powers |
| 4689 20th St. Ste E | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| Greeley, CO 80634 | 1700 Lincoln Street, Suite 4000 |
| Phone: (970) 573-6442 | Denver, Colorado 80203 |
| kelli@rileylawllc.com | Phone: (303) 861-7760 |
| Attorney for Plaintiff | Alice.Powers@lewisbrisbois.com |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of May 2020, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alice Conway Powers
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
Phone: (303) 861-7760
Email: Alice.Powers@lewisbrisbois.com
Attorneys for Defendant

/*s/Kelli Riley*&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;
Kelli Riley